

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Michele Beckwith*
*Acting United States Attorney*

| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax   916/554-2900 |
|  | TTD   916/554-2855 |

March 24, 2025

To:      Honorable Dennis M. Cota
         United States Magistrate Judge

From:    Justin L. Lee
           Assistant United States Attorney

Subject: Dismissals

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its attorney, hereby moves this Honorable Court for an Order dismissing without prejudice the misdemeanor cases listed below. The United States additionally requests that all associated warrants be recalled and all associated abstracts be withdrawn.

| Case Number | Case Name |
| --- | --- |
| 3:16-PO-00032-DMC | USA vs Shawn Williams |
| 3:16-PO-00137-DMC | USA vs Michael Flanagan |
| 3:16-PO-00139-DMC | USA vs Harold Higgins |
| 3:16-PO-00406- DMC | USA vs Warren Wickberg |
| 3:16-PO-00372- DMC | USA vs Thomas Kirkpatrick |
| 3:16-PO-00499- DMC | USA vs Lucas Sheufelt-Morrison |
| 3:17-PO-00037- DMC | USA vs Clarence Ashby |
| 3:17-PO-00048- DMC | USA vs Ciara Cetina |

| | |
|---|---|
| 3:17-PO-00085- DMC | USA vs Joshua Pugh |
| 3:17-PO-00152-DMC | USA vs Larry Croy |
| 3:17-PO-00156-DMC | USA vs Michael Fuller |
| 3:17-PO-00174-DMC | USA vs Steven Johnson |
| 3:17-PO-00137-DMC | USA vs Justin Watt |
| 3:17-PO-00178-DMC | USA vs Cash Yoeger |
| 3:17-PO-00199-DMC | USA vs Tara Harrington |
| 3:17:PO-00232-DMC | USA vs Wayne Seat |
| 3:17-PO-00589-DMC | USA vs Leo Stromer |
| 3:17-PO-00732-DMC | USA vs Michael Flanagan |
| 3:18-PO-00111-DMC | USA vs Patrick Rodriquez |
| 3:18-PO-00174-DMC | USA vs Melody Gardiner |
| 3:18-PO-00179-DMC | USA vs Russell Nash |
| 3:18-PO-00331-DMC | USA vs William Kennedy |
| 3:18-PO-00332-DMC | USA vs Johnny McCullough |
| 3:18-PO-00433-DMC | USA vs Jim Goodfriend |
| 3:18-PO-00432-DMC | USA vs Layna Garcia |
| 3:19-PO-00004-DMC | USA vs Don Morris |
| 3:19-PO-00066-DMC | USA vs Denver Mignano |
| 3:19-PO-00076-DMC | USA vs Jason Lynch |
| 3:19-PO-00143-DMC | USA vs Christopher Smith |
| 3:19-PO-00110-DMC | USA vs Paul Begay |
| 3:19-PO-00175-DMC | USA vs Brittany Jones |

| | |
|---|---|
| 3:20-PO-00080-DMC | USA vs Michael Flanagan |
| 3:20-PO-00361-DMC | USA vs Robert Walker |
| 3:20-PO-00261-DMC | USA vs Keith Fisher |
| 3:20-PO-00321-DMC | USA vs Charlie Patterson |
| 3:20-PO-00221-DMC | USA vs Johnathan Bishop |
| 3:20-PO-00402-DMC | USA vs Larry Croy |
| 3:21-MJ-00005-DMC | USA vs Michael Wagy |
| 3:21-PO-00034-DMC | USA vs Gary Marley |
| 3:21-PO-00156-DMC | USA vs John Bledsoe |
| 3:21-PO-00305-DMC | USA vs John Marciel |
| 3:21-PO-00396-DMC | USA vs Gary Marley |
| 3:21-PO-00392-DMC | USA vs Patrick Duffy |
| 3:22-PO-00092-DMC | USA vs Geoffrey Garren |
| 3:22-PO-00103-DMC | USA vs Sara Retzloff |

It is so requested.

DATED: March 24, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

///

///

///

///

## ORDER

It is hereby ordered that the plaintiff United States of American's motion to dismiss the above cases is GRANTED.

It is further ordered that all associated warrants be recalled, and all associated abstracts be withdrawn.

IT IS SO ORDERED.

DATED: April 15, 2025

_____
Hon. Dennis M. Cota
UNITED STATES MAGISTRATE JUDGE